# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_
_Terre Haute Division_

(Full name of plaintiff(s))

_Warren Alexander Beals_

vs

(Full name of defendant(s))

_Randall Purcell_

_Abigail Cooper_

_Scott Fischer_

_Jennifer Gardner_

**FILED**
**05/22/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:
2:23-cv-245-JMS-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _Indiana_, and is located at
   (State)
   _WVCF P.O. Box 1111 Carlisle, IN 47838_
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendants _Randall Purcell, Abigail Cooper, Scott Fischer, Jennifer Gardner_.
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___WUCF P.O. Box 1111 Carlisle, IN 47838___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___WUCF P.O. Box 1111 Carlisle, IN 47838___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Randall Purcell-Case Work Manager (Individual Capacity) had my GTL issued tablet and lost it on or about the week of 10-7-22; Abigail Cooper-Case Work-manager (Individual Capacity) attempted to resolve my alleged lost tablet ordeal and claimed I'd have to pay $249.99 to get a new tablet; Scott Fischer-C/O Lieutenant (Individual Capacity) made claims that I am a lier or not telling the full story and refused to give me a tablet; Jennifer Gardner-GTL manager (Individual Capacity) made claims that she never —

Complaint - 2

recieved my GTL tablet on 12-12-22 and stated I'd have to pay $249.99 for a new tablet due to my prior tablet being "Lost" allegedly. This seems to be an act of cruel & unusual punishment by: Defendants Randall Purcell, Abigail Cooper, Scott Fischer, and Jennifer Gardner acted in their own Individual Capacities to violate my 14th Amendment Property, Liberty and Due Process as well as Taking Clause to render me without my tablet and in debt $249.99 that I cannot pay; I am indigent.

This incident began 10-7-22 and is continued without resolve. I've exhausted all facility remedies.

GTL is a seperate company and NOT IDOC, Wabash Correctional Facility cannot legally charge me for a GTL tablet I did NOT lose and without a report made against me I am NOT liable to pay. Listed Defendants under state law are being sued.

C. JURISDICTION

 I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

 I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $249.99.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Issue me a new GTL tablet without fee and refund me $249.99 on top of clearing the $249.99 debt. All defendants must take into consideration more seriously that laws and Constitutional Rights are made for a reason; I desire this to teach those who abuse their power of Authority no matter what rank or position to stop abusing power of Authority. Declare that Defendants do not retaliate against me. Again if I win I only want the $249.99 debt cleared plus an additional $249.99 to my inmate trust and a new GTL issued tablet. Declare that listed defendants violated rights listed on Complaint form 3.

E.  JURY DEMAND

   Jury Demand - I want a jury to hear my case
                OR

☒  Court Trial - I want a judge to hear my case

Dated this 15th day of May 20 23.

Respectfully Submitted,

*Warren A. Beal*
Signature of Plaintiff

209457
Plaintiff's Prisoner ID Number

WVCF P.O. Box 1111 Carlisle, IN 47838

room P316
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.