UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WARREN ALEXANDER BEALS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-00245-JMS-MJD |
| ) | |
| RANDALL PURCELL, ) | |
| ABIGAIL COOPER, ) | |
| SCOTT FISCHER, ) | |
| JENNIFER GARDNER, ) | |
| ) | |
| Defendants. ) | |

### FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. The action is dismissed for failure to state a claim upon which relief may be granted.

Date: 11/2/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk
United States District Court

By: Deputy Clerk

Distribution:

WARREN ALEXANDER BEALS
209457
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only